IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CR-59 (WLS-TQL) |
| | : | |
| VENCES MELENDEZ-MORALES | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is Defendant Vences Melendez-Morales Motion (Doc. 17) for Continuance of the Pre-Trial Conference and Trial ("the Motion") in the above-captioned case filed by Keith Pflepsen, on behalf of Defendant. Therein, Defendant requests a continuance of the pre-trial conference scheduled for September 13, 2023, and the trial scheduled for October 9, 2023. Defendant requests a continuance because (1) Defendant does not speak English and defense counsel must arrange for an interpreter and (2) defense counsel needs more time to review discovery materials. The Government does not oppose the motion. Defendant asks this court to exclude the time period of delay from computation under the Speedy Trial provision of 18 U.S.C. § 3161.

Based on Defendant's stated reasons and the fact that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 17) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the Valdosta Division February 2024 term and its conclusion, or as may be otherwise ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

The pretrial conference set for September 13, 2023, is **CANCELLED.**

**SO ORDERED**, this 11th day of September, 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**